# IN THE SUPREME COURT OF THE STATE OF NEVADA

GURPINDER GILL,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 70819

FILED

AUG 1 9 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

On July 7, 2016, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.          _____, J.
Hardesty                              Pickering

cc:    Hon. William D. Kephart, District Judge
       Gurpinder Gill
       Clark County Public Defender
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-25884